IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MATTIE LEY JOHNSON LONDO, | * | CASE NO. 07-1809 |
| | * | |
| Plaintiff/Class Representative | * | JUDGE REBECCA F. DOHERTY |
| | * | |
| v. | * | MAGISTRATE C. MICHAEL HILL |
| | * | |
| MEDTRONIC, INC., MEDTRONIC PUERTO RICO, INC. AND MEDTRONIC PUERTO RICO OPERATIONS CO., | * * * | |
| | * | |
| Defendants | * | |

*******************************************

**MEDTRONIC PUERTO RICO, INC'S (n/k/a Medtronic International Technology, Inc.) AND MEDTRONIC PUERTO RICO OPERATIONS CO.'S JOINDER IN MOTION TO STAY PROCEEDINGS**

Defendants, Medtronic Puerto Rico, Inc. (n/k/a Medtronic International Technology, Inc.), and Medtronic Puerto Rico Operations Co., by and through undersigned counsel, respectfully join in Medtronic, Inc.'s motion for an order staying proceedings until after the Joint Panel on Multidistrict Litigation (the "JPML") rules on the motions pending before the JPML for transfer of all Sprint Fidelis cases to a single District Court for consolidated or coordinated treatment (the "Pending JPML Motions"). The JPML is scheduled to the Pending JPML Motions on January 30, 2008. See Doc. no. 6. In support of this motion, defendants submit the attached Memorandum.

WHEREFORE, defendants, Medtronic Puerto Rico, Inc. (n/k/a Medtronic International Technology, Inc.), and Medtronic Puerto Rico Operations Co. join in Medtronic, Inc's request that this Court enter an order staying this matter and all pending deadlines for filing of responsive pleadings and service of discovery or automatic disclosures under Fed. R. Civ. P. 26, until after the Pending JPML Motions are decided by the JPML.

      Respectfully submitted,
      **DUPLASS, ZWAIN, BOURGEOIS, MORTON,**
      **PFISTER & WEINSTOCK**

      *s/Kelly Cambre Bogart*
      _____
      **KELLY CAMBRE BOGART (#22985)**
      **GARY M. ZWAIN (#13809)**
      **JOSEPH B. MORTON, III (#19072)**
      **NICOLE M. BOYER (#29775)**
      **PHILIP WATSON (#31356)**
      Three Lakeway Center, Suite 2900
      3838 N. Causeway Boulevard
      Metairie, LA 70002
      Tel.: (504) 832-3700; Fax: (504) 837-3119
      Attorneys for defendants, Medtronic Puerto Rico, Inc.
      (n/k/a Medtronic International Technology, Inc.), and
      Medtronic Puerto Rico Operations Co. and Medtronic, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of December 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel by operation of the court's electronic filing system.

      *S/Kelly Cambre Bogart*
      _____
      KELLY CAMBRE BOGART
      kbogart@duplass.com