IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MATTIE LEY JOHNSON LONDO, | * | CASE NO. 07-1809 |
| | * | |
| Plaintiff/Class Representative | * | JUDGE REBECCA F. DOHERTY |
| | * | |
| v. | * | MAGISTRATE C. MICHAEL HILL |
| | * | |
| MEDTRONIC, INC., MEDTRONIC PUERTO RICO, INC. AND MEDTRONIC PUERTO RICO OPERATIONS CO., | * * * | |
| | * | |
| Defendants | * | |

*********************************************

**MEDTRONIC PUERTO RICO, INC.'S (n/k/a Medtronic International Technology, Inc.) AND MEDTRONIC PUERTO RICO OPERATIONS CO.'S MEMORANDUM IN SUPPORT OF MOTION TO STAY PROCEEDINGS**

NOW INTO COURT, through undersigned counsel come, defendants, Medtronic Puerto Rico, Inc. (n/k/a Medtronic International Technology, Inc.), and Medtronic Puerto Rico Operations Co., which join in and adopt the Memorandum filed by Medtronic, Inc. in support of its Motion for Stay Proceedings, as if copied herein *in extenso*. *See* Doc. No. 6.

Since Medtronic, Inc.'s filing of its Motion to Stay Proceedings, the United States Judicial Panel on Multi-District Litigation (JPML) issued a Notice of Hearing on the various motions seeking transfer of these matters to a single District Court for consolidated or coordinated treatment (the "Pending JPML Motions"). That hearing is now set for January 30, 2008. *See* Exhibit "A", December 13, 2007, Notice of Hearing.

Moreover, since Medtronic, Inc.'s Motion to Stay Proceedings was filed, additional stay orders have been issued, staying related litigation. *See Venning v. Medtronic, Inc., et al.;* Case

No. 07-81056 (S.D. Fla. Dec. 10, 2007)(Exh. B hereto); *see also Stone v. Medtronic, Inc., et al*; Case No. 07-1902 (W.D. La. Dec. 21, 2007) (Exh. C hereto).

WHEREFORE, defendants, Medtronic Puerto Rico, Inc. (n/k/a Medtronic International Technology, Inc.), and Medtronic Puerto Rico Operations Co. request that this Court enter an order staying this matter and all pending deadlines for filing of responsive pleadings and service of discovery or automatic disclosures under Fed. R. Civ. P. 26, until after the Pending JPML Motions are decided by the JPML.

Dated:  December  21, 2007             Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

*s/Kelly Cambre Bogart*

**KELLY CAMBRE BOGART (#22985)**
**GARY M. ZWAIN (#13809)**
**JOSEPH B. MORTON, III (#19072)**
**NICOLE M. BOYER (#29775)**
**PHILIP WATSON  (#31356)**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, LA 70002
 Tel.:    (504)  832-3700
 Fax:   (504)  837-3119
kbogart@duplass.com
gzwain@duplass.com
jmorton@duplass.com
nboyer@duplass.com
pwatson@duplass.com
Attorney for defendants, Medtronic Puerto Rico, Inc. (n/k/a Medtronic International Technology, Inc.), and Medtronic Puerto Rico Operations Co. and Medtronic, Inc.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of December 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel by operation of the court's electronic filing system.

        *S/Kelly Cambre Bogart*
        _____
        KELLY CAMBRE BOGART